

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| JASON A. HARBIN, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 8:17-575-MGL-JDA |
| § | |
| LORI PARTIN, JULIAN L. STOUDEMIRE, § | |
| STOUDEMIRE & SPROUSE LAW, PA, § | |
| Defendants. § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING THIS ACTION WITHOUT PREJUDICE
AND WITHOUT ISSUANCE AND SERVICE OF PROCESS**

Plaintiff filed this action under 42 U.S.C. § 1983. He is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting Plaintiff's lawsuit be dismissed without prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 23, 2017, and the Clerk of Court entered Plaintiff's objections on April 10, 2017. The Court has reviewed the objections, but holds them to be without merit. Hence, it will enter judgment accordingly.

As the Court stated in its earlier Order in this case: "This Court does not sit to consider appeals from the state courts. Nevertheless, that is exactly what Plaintiff appears to be requesting this Court to do." ECF No. 18 at 2. The Supreme Court of the United States, not this Court, is charged with considering appeals from the judgments of the states' appellate courts. Because this Court lacks jurisdiction to entertain such appeals, Plaintiff's objections will be overruled.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Plaintiff's objections, adopts the Report to the extent it does not contradict this Order, and incorporates it herein. Therefore, it is the judgment of this Court Plaintiff's lawsuit is **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 11th day of April, 2017, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.